

NORTH CAROLINA WESTERN
MEMORANDUM



Date: August 25, 2017
To: The Honorable Max O. Cogburn, U.S. District Judge
From: Richard Bogan, U.S. Probation Officer
Subject: BOYD, Ramond; 3:13CR309-MOC-1;
Request for International Travel

Your Honor,

The above-named defendant appeared before the Court on 12/17/2014 and was sentenced to thirty (30) Months Imprisonment followed by a three (3) Year Term of Supervised Release on the charge of Conspiracy to Possess with Intent to Distribute Marijuana. The defendant was released from the custody of the Bureau of Prisons on 10/17/2016 and began supervised release in Charlotte at that time. Since the commencement of supervised release, the defendant has reported to his supervising officer as directed, has paid his financial obligations in full, and has submitted no positive urine samples to date.

The defendant has requested permission to travel with his fiancé and their children to Mexico in October 2017 for a family vacation. As the defendant is in compliance with his conditions of release, the Probation Office has no objection to the defendant's request for international travel.

If you require any additional information prior to your response, please advise and our office will forward you the requested information as soon as possible.

☒ International Travel is Approved

☐ International Travel is Not Approved

Signed: August 25, 2017

Max O. Cogburn Jr
United States District Judge